COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Nasser Chehab v. BBVA USA

Appellate case numbers:    01-20-00766-CV & 01-20-00767-CV

Trial court case numbers:   2020-39917 & 2020-49180

Trial court:                189th District Court of Harris County

Appellant, Nasser Chehab, has filed two pro se notices of appeal arising out of two trial court case numbers related to appellee, BBVA USA. On November 5, 2020, appellant filed a notice of appeal in trial court case number 2020-39917, assigned appellate case number 01-20-00766-CV, challenging two trial court orders, including: (1) an October 7, 2020 order granting appellee, BBVA USA's "Motion for Sanctions for [Appellant] Filing Yet Another Frivolous Lawsuit and/or Motion to Declare [Appellant] a Vexatious Litigant and Motion for Security," and (2) an October 15, 2020 "Final Summary Judgment" order granting appellee's motion to dismiss pursuant to Texas Rule of Civil Procedure 91a or, in the alternative, motion for summary judgment.

The appellate record in appellate case number 01-20-00766-CV was due to be filed by December 14, 2020. *See* TEX. R. APP. P. 35.1. Neither the clerk's record nor the reporter's record was filed with this Court. Accordingly, on December 16, 2020, the Clerk of this Court issued a notice to the trial court clerk, requesting that the clerk's record be filed within thirty days. The trial court clerk was further advised to notify this Court "[i]f the appellant has not made arrangements for paying for the record." Because the appellate record is not yet complete, the time for filing appellant's brief cannot yet be determined. *See* TEX. R. APP. P. 38.6(a). Despite this, on December 22, 2020, appellant filed a brief in appellate case number 01-20-00766-CV with this Court. Because no clerk's record has been filed in appellate case number 01-20-00766-CV, appellant's brief does not contain any "record references" or "a clear and concise argument for the contentions made, with appropriate citations to authorities and the record." TEX. R. APP. P. 38.1(d), (g), (i).

Accordingly, we **strike** appellant's brief, filed on December 22, 2020 in appellate case number 01-20-00766-CV, for failure to comply with Texas Rule of Appellate Procedure 38.1. Because we strike appellant's brief for these reasons, appellee's "Motion to Strike Appellant's Brief," filed in appellate case number 01-20-00766-CV, is **dismissed**

**as moot**. Appellant is directed to file a brief in appellate case number 01-20-00766-CV that complies with the requirements of Texas Rule of Appellate Procedure 38.1 within thirty days of the date the clerk's record is filed, or the date the reporter's record is filed, whichever is later. *See* TEX. R. APP. P. 38.1, 38.6(a).

Also on November 5, 2020, appellant filed a notice of appeal in trial court case number 2020-49180, assigned appellate case number 01-20-00767-CV, challenging three trial court orders, including: (1) an October 7, 2020 order denying appellant's "Motion to Show Authority," (2) an October 7, 2020 order of "realignment of the parties and modification of the style" of the trial court case, and (3) an October 15, 2020 "Final Summary Judgment" order granting appellee's motion to dismiss pursuant to Texas Rule of Civil Procedure 91a or, in the alternative, motion for summary judgment.

The appellate record in appellate case number 01-20-00767-CV was due to be filed by December 14, 2020. *See* TEX. R. APP. P. 35.1. Neither the clerk's record nor the reporter's record was filed with this Court. Accordingly, on December 16, 2020, the Clerk of this Court issued a notice to the trial court clerk, requesting that the clerk's record be filed within thirty days. The trial court clerk was further advised to notify this Court "[i]f the appellant has not made arrangements for paying for the record." Because the appellate record in appellate case number 01-20-00767-CV is not yet complete, the time for filing appellant's brief cannot yet be determined. *See* TEX. R. APP. P. 38.6(a). Despite this, on December 30, 2020, in appellate case number 01-20-00767-CV, appellant filed a "Motion for Extension of Time to File Appellant's Brief."

Because the time for filing appellant's brief in appellate case number 01-20-00767-CV has not yet come due, appellant's motion for extension of time to file his brief is **dismissed as moot**. Appellant is directed to file a brief in appellate case number 01-20-00767-CV that complies with the requirements of Texas Rule of Appellate Procedure 38.1 within thirty days of the date the clerk's record is filed, or the date the reporter's record is filed, whichever is later. *See* TEX. R. APP. P. 38.1, 38.6(a).

It is so ORDERED.

Judge's signature: _____/s/ Amparo Guerra_____
☑ Acting individually ☐ Acting for the Court


Date: ___January 26, 2021_____